EDNA M. STEEN, Respondent, v. ROBERT BURLESON, Appellant.— Same decision as in companion case of *Steen* v. *Burleson* (*ante*, p. 815, decided herewith). (The judgment is for plaintiff in an automobile negligence action. The order denies a motion for a new trial.) Present — Cunningham, P. J., Taylor, Dowling, Harris and McCurn, JJ.

In the Matter of the Probate of the Will of JOHN A. DICKS, Deceased. MARGARET E. DICKS, Appellant; NATHAN RELIN, Respondent.— Order modified by permitting examination only upon the matters referred to in paragraphs 3, 4, 5, 6, 8, 9, 12 and 14 in the notice of motion for examination and as modified affirmed, without costs of this appeal to any party. All concur. (The order denies proponent's motion to dismiss the objections and admit the will of decedent to probate, and grants motion of Nathan Relin for an examination of proponent before trial.) Present — Cunningham, P. J., Taylor, Dowling, Harris and McCurn, JJ.

ALEXANDER UPTEGRAF, Appellant, v. NIAGARA WALL PAPER COMPANY, Respondent.—Order affirmed, with ten dollars costs and disbursements. All concur. (The order denies plaintiff's motion to strike out certain defenses in defendant's answer in an action to recover for services rendered.) Present — Cunningham, P. J., Taylor, Dowling, Harris and McCurn, JJ.